# NO. 12-09-00176-CR
# NO. 12-09-00177-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *TONY FITZGERALD PRICE,*<br>*APPELLANT* | § | *APPEALS FROM THE 217TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT OF* |
| *THE STATE OF TEXAS,*<br>*APPELLEE* | § | *ANGELINA COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant has filed a motion to dismiss these appeals. The motion is signed by Appellant and his counsel. No opinion has been delivered in these appeals. Accordingly, Appellant's motion to dismiss is granted, and these appeals are ***dismissed***. *See* TEX. R. APP. P. 42.2(a).

Opinion delivered August 25, 2010.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)